Filed 6/28/16  P. v. Kelly CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ANDREW KELLY,<br><br>    Defendant and Appellant. | C080805<br><br>(Super. Ct. No. 15F04516) |

Appointed counsel for defendant Andrew Kelly asks this court to review the record for any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Finding no arguable error that would result in a disposition more favorable to defendant, we affirm the judgment.

Defendant pled no contest to robbery.  (Pen. Code, § 211.)  In exchange, he was sentenced to the low term of two years in prison.  He was awarded 62 days of presentence credit (54 actual, 8 conduct).  The court also imposed various fees and fines.

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and requests this court to review the record to determine whether there are any arguable issues on appeal. (*Wende, supra*, 25 Cal.3d 436.) Defendant was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we have received no communication from defendant.

Having examined the record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

_____/s/_____
Blease, J.

We concur:

_____/s/_____
Raye, P. J.

_____/s/_____
Duarte, J.

2